In the Matter of SIDNEY S. WOLCHOK, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued September 9, 1953; decided September 9, 1953.

*Daniel M. Kelly* and *Sidney S. Wolchok,* in person, for Sidney S. Wolchok, appellant.

*Joseph A. Brust, Henry G. McDonough, Alfred J. Callahan* and *Jacob Markowitz* for Robert F. Wagner, Jr., and others, respondents.

Motion for leave to appeal granted. Order affirmed. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.